# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:16-mj-0006 DMC

Daniel L. Waller

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY _____ STATE _____ ZIP CODE _____

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 9-10-19 _____
DEFENDANT'S SIGNATURE

3 years Summary Court Probation;

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

[X] Fine: $ 390.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 415.00 within _____ days/months, or payments of $ 50 per month, commencing 11-1-2019 and due on the first of each month until paid in full.

(—) Restitution: Incarceration requirement has been satisfied
( ) Community Service _____ with fees not to exceed $ _____
completed by _____
You are ordered to enroll in first offender program within 30 days.

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
PO BOX ~~71363~~ 780549
~~PHILADELPHIA, PA 19176-1363~~
1-800-827-2982 San Antonio, TX
or 78278
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] ~~CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322~~

[X] CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 9-10-19 _____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET

EDCA-3